IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IWONA JODLOWSKA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SOAR CORP. | : | NO. 13-2845 |

ORDER

AND NOW, this 20th day of February, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Soar Corporation for "a judgment NOV or for a new trial" (Doc. #73) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                           J.