IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IWONA JODLOWSKA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SOAR CORP. | : | NO. 13-2845 |

ORDER

AND NOW, this 17th day of March, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiff Iwona Jodlowska for Attorneys' Fees and Costs (Doc. # 71) is GRANTED in part:

(1) Defendant Soar Corporation shall pay:

a. attorneys' fees to plaintiff for the services of Bruce Preissman, Esq., in the amount of $85,371.00;

b. attorneys' fees to plaintiff for the services of Richard J. Abramson, Esq., in the amount of $50,529.00; and

c. costs of litigation to plaintiff Iwona Jodlowska in the amount of $3,541.88.

(2) The motion of plaintiff is otherwise DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                            J.